IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**ANTHONY FAILS,**

    **Plaintiff,**

vs.                                              **CASE NO. 1:09CV19-MP/AK**

**BILL MCCOLLUM, et al,**

    **Defendants.**

_____/


## REPORT AND RECOMMENDATION

Plaintiff, an inmate of the Florida Department of Corrections, is proceeding *pro se* and has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  He also seeks to proceed *in forma pauperis*.  (Doc. 2).

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had three or more prior prisoner actions dismissed within this District alone on the grounds that they were frivolous or failed to state a claim.  The dismissed

cases include: case 4:08cv471-MP/WCS (dismissed for failure to state a claim); 3:08cv535-MCR/MD (dismissed for failure to state a claim); and 3:08cv536-LC/EMT (dismissed as frivolous). It has also been recommended in 4:08cv582-RH/AK that the complaint be dismissed because Plaintiff has three strikes and failed to allege imminent danger of serious harm.

The instant complaint alleges "false imprisonment" and other violations connected with his criminal trial against attorneys and law enforcement officers. Thus, his allegations do not bring him within the "imminent danger" exception.

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, his request to proceed *in forma pauperis* should be denied and this action should be dismissed. The dismissal should be without prejudice to him making the same allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing the complaint.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion to proceed *in forma pauperis*, doc. 2, be **DENIED** pursuant to 28 U.S.C. § 1915(g), and Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice.**

**IN CHAMBERS** at Gainesville, Florida, this  *8th*  day of April, 2009.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**

**No. 1:09cv19-mp/ak**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:09cv19-mp/ak**