IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY FAILS,

    Plaintiff,

v.        CASE NO. 1:09-cv-00019-MP-AK

BILL MCCOLLUM, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). The Magistrate issued the Report on April 8, 2009. The plaintiff has not filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this case must be dismissed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED and incorporated herein.

2.    Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is DENIED, and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g). The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** this  *26th* day of May, 2009

              *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge