IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY FAILS,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00019-MP-AK

NICHOLAS GEEKER, BATINA GROVE, JAUGH HENDERSHOT, KEVIN MCBRIDE, BILL MCCOLLUM, MICHELL PEAVY, STEPHEN PETRI, RENEE REQUINELIN, JOHN SIMON, JANA VAUGHN,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Motion for Reconsideration, Doc. 8, regarding the Order Adopting Report and Recommendation, Doc. 6. On April 8, 2009, the Magistrate Judge recommended Mr. Fails' cause be dismissed without prejudice, and that he be denied leave to file *in forma pauperis* because he had three "strikes" against him. On May 26, 2009, after Plaintiff failed to object to that recommendation, this Court dismissed the case.

It was not until a month later, on June 24, 2009, that Mr. Fails asked this Court to reconsider. In his motion for reconsideration, he argues that he had only had ten days to respond to the report and recommendation and could not secure writing supplies in that time. In fact, it was over two months between the publication of the report and recommendation and Mr. Fails' response thereto. Motion for Reconsideration, Doc. 8, is DENIED.

    **DONE AND ORDERED** this  *25th*  day of February, 2010

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge